USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/12/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RSS CD2016-CD1 - NY R5S, LLC,

    Plaintiff,

  -against-

R&F 55TH STREET COMMERCIAL OWNER LLC, et al.,

    Defendants.

21-CV-4877 (GHW) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court is in receipt of the parties' papers in support of and in opposition to plaintiff's motion for the appointment of a receiver. (Dkt. Nos. 21-25, 31-32, 36-37.) Judge Moses will hear argument on the motion on **August 24, 2021, at 10:00 a.m.**, in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse.

The parties are reminded that requests to schedule oral argument, unless included in the moving papers, should be made by letter-motion. Moses Ind. R. Prac. §§ 1(b), 2(i).

Dated: New York, New York
       August 12, 2021

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**